Adam Andrzejewski et al., administrators, appellees, v. Star Motor Delivery Company et al., on appeal of Star Motor Delivery Company, appellant. Gen. No. 23,683.

Action to recover for the death of a child caused by a collision between the car of one defendant and the truck of the other. Judgment for plaintiffs. Appeal from the Circuit Court of Cook county; the Hon. Richard S. Tuthill, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed on remittitur; otherwise reversed and remanded. Opinion filed October 15, 1918.

Zimmerman, Garrett & Rundall, for appellant. David K. Tone, for appellees.

Mr. Justice Barnes delivered the opinion of the court.

---

The D. Hill Nursery Company, Inc., appellee, v. Oscar Metz, appellant. Gen. No. 23,690.

Action to recover purchase price of plants. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Frank H. Graham, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed October 15, 1918.

A. L. Williams, for appellant. Hoyne, O'Connor & Irwin, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

West Englewood Construction & Supply Company, appellee, v. Jacob G. Levinson, appellant. Gen. No. 23,717.

Action to recover contract price for construction of a sidewalk. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Frank H. Graham, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed October 15, 1918. Rehearing denied October 25, 1918.

Levinson & Salem, for appellant; Robert D. Melick, of counsel. Oscar E. Leinen, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Frances Barrows, appellee, v. City of Chicago, appellant. Gen. No. 23,736.

Action to recover for personal injuries caused by a defective highway. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Charles M. Walker, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed October 15, 1918.

S. A. Ettelson and R. H. Farrell, for appellant. Adams, Crews, Bobb & Wescott and E. C. Tourje, for appellee.

Mr. Justice Barnes delivered the opinion of the court.